■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENISE CHARLES, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Hanophy, J.), rendered November 14, 1989, convicting her of criminal possession of a controlled substance in the fourth degree, upon her plea of guilty, and imposing sentence.

Ordered that the appeal is dismissed (see, People v Seaberg, 74 NY2d 1). Bracken, J. P., Kunzeman, Eiber, Balletta and Ritter, JJ., concur.